IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TEESHA BEAVER, | Civil No. 3:25-CV-05932-MLP |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the Appeals Council will direct the administrative law judge (ALJ) to:

- Reevaluate the medical opinions and prior administrative medical findings;

- Reevaluate Plaintiff's residual functional capacity;

- Obtain supplemental vocational expert evidence, as necessary;

- Offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

Page 1    ORDER
         NO. 3:25-CV-05932-MLP

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 16th day of March, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Ryan Lu
Ryan Lu
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Email: Ryan.Lu@ssa.gov

Page 2     ORDER
          NO. 3:25-CV-05932-MLP